## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                    Criminal No. 12-290 (1) (RHK/LIB)

        Plaintiff,                              **ORDER**

vs.

Darnell Eugene Perkins,

        Defendant.

Before the Court are Defendant's Objections to the January 11, 2013, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. Judge Brisbois recommended that Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure be denied.

The Court has conducted a de novo review of the Report and Recommendation and the Objections thereto. Based on that review, the Court concludes that Judge Brisbois's recommendation is fully supported by the factual record before him and by controlling legal authorities.

Accordingly, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 51) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 41) is **ADOPTED**; and

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 23) is **DENIED**.

Date: March 12, 2013

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge